UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED FULFORD,<br>　　　　Plaintiff,<br>　　v.<br>DON M. GRIFFITH,<br>　　　　Defendant. | Case No. 16-cv-00770-MEJ<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE OPPOSITION TO SUMMARY JUDGMENT MOTION**<br><br>Re: Dkt. No. 28 |

Good cause being shown, Plaintiff's request for an extension of time to file his opposition to Defendant's summary judgment motion is GRANTED. Dkt. No. 28. Plaintiff shall file his opposition by **May 26, 2017**. Defendant shall file a reply brief no later than 14 days after the date the opposition is filed. The motion shall be deemed submitted as of the date the reply brief is due. No hearing will be held on the motion.

This order terminates Dkt. No. 28.

**IT IS SO ORDERED.**

Dated: May 5, 2017

_____
MARIA-ELENA JAMES
United States Magistrate Judge