UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED FULFORD,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DON M. GRIFFITH,<br><br>　　　　　Defendant. | Case No. 16-cv-00770-MEJ (NJV)<br><br>**REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING** |

A settlement conference was held on October 4, 2017, and the results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

　( X ) Plaintiff, Fred Fulford Pro Se.

　(　) Warden or warden's representative

　(　) Office of the California Attorney General

　( X ) Other: Kevin Kelly.

(2) The following individuals, parties, and/or representatives did not appear:

_____

(3) The outcome of the proceeding was:

　(　) The case has been completely settled. The parties agree that a proposed stipulated order for dismissal of this case will be filed with the Court on _____.

　(　) The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved. The issues outlined on the sheet attached remain for this Court to resolve.

( X ) The parties are unable to reach an agreement at this time and continue to negotiate. Parties are awaiting a ruling on the pending motion for summary judgment and are exchanging further documents. If necessary, the matter may be placed on calendar in approximately forty-five days for a scheduling/setting conference.

**IT IS SO ORDERED.**

Dated: 10/4/2017

NANDOR J. VADAS
United States Magistrate Judge

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED FULFORD,<br><br>        Plaintiff,<br><br>    v.<br><br>DON M. GRIFFITH,<br><br>        Defendant. | Case No. 16-cv-00770-MEJ (NJV)<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 4, 2017, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Fred Fulford ID: P-72246
P.O. Box 32200
Stockton, CA 95213

Dated: October 4, 2017

Susan Y. Soong
Clerk, United States District Court

By:_____
Gloria Knudson, Deputy Clerk to the
Honorable NANDOR J. VADAS

3